## Commonwealth *v.* Morris, Appellant.

Before JOHNSTONE, JR., P. J., without a jury.

Argued September 10, 1975. *John M. Smith*, with him *Henry F. Gingrich*, for appellant; *Joseph C. Madenspacher*, Assistant District Attorney, with him *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.